IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2006 SEP 13 A 10: 54

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

__PATRICK TORBERT__ )
Full name and prison number of )
plaintiff(s) )
)
)
v. )    CIVIL ACTION NO. __3:06-CV-823-MEF__
)    (To be supplied by the Clerk of the
__THE OPELIKA__ )     U.S. District Court)
__CITY JAIL__ )
__(JAILORS)__ )
)
)
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons)   )

I. PREVIOUS LAWSUITS

  A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?    Yes ( ✓ )  No (  )

  B. Have you begun other lawsuits in state or federal court relating to your imprisonment?    Yes ( ✓ )  No (  )

  C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   1. Parties to this previous lawsuit:
      Plaintiff(s) __OPELIKA CITY JAILS PERS-__
      __ONEL! JAILORS.__
      Defendant(s) __PATRICK TORBERT__

   2. Court (if federal court, name the district; if state court, name the county) __OPELIKA MUNICIPAL COURT SYSTEM LEE COUNTY.__

   3. Docket No. __I DON'T KNOW__

   4. Name of Judge to whom case was assigned __MORGAN AND WILKES.__

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? **CASE WASN'T DISMISSED YES APPEALED.**

6. Approximate date of filing lawsuit **9/29/06.**

7. Approximate date of disposition **9/29/06.**

II. PLACE OF PRESENT CONFINEMENT **OPELIKA CITY JAIL**

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED **OPELIKA CITY JAIL.**

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. OPELIKA CITY JAILORS | 501 |
| 2. SOUTH TENTH STREET, | |
| 3. OPELIKA ALA 36801. | |
| 4. | |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED **MAY 13th 2006 EVERY DAY UNTIL 9/29/06**

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: **STAYING IN LOCKDOWN 24 hours EACH DAY, I MIGHT GO OUTSIDE ONCE A WEEK WHEN BY LAW I SHOULD GO OUTSIDE FOR 45 MINUTES EVERY DAY**

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

**EVERYDAY IN THE OPELIKA CITY JAIL I'M ONLY IN LOCKDOWN FOR NO REASON, NO VIOLENT CRIME, NO RESISTING ARREST TO MY KNOWLEDGE BECAUSE I'VE PUT IN LAWSUITS, AND KNOW ALL THE VIOLATIONS THAT ARE BEING DONE EACH AND EVERY SINGLE DAY, AND NOTHING IS BEING DONE ONLY BY ME OR ONLY A FEW OTHER INDIVIDUALS LIKE CHRISTOPHER CORE THAT HAS WRITTEN YOU BEFORE, THESE URGENT MATTERS NEEDS TO BE LOOKED INTO AS SOON AS POSSIBLE.**

-2-

GROUND TWO: EACH DAY THAT PASSES THE ONLY TIME THAT I GET A CHANCE TO EXERCISE IS WHEN THEY WANT ME TO DO HARD LABOR

SUPPORTING FACTS: CUT GRASS, PAINT BUFF FLOORS, STRIP FLOORS, WAX FLOORS, PRESSURE WASH, WASH CARS LIKE I'VE DONE ON NUMEROUS OCCASIONS, LIFT OR MOVE HEAVY THINGS, CLEAN UP MODULES, WASH LAUNDRY ETC. AND MAYBE PERHAPS GET TO GO OUTSIDE EVERY ONCE IN A WHILE.

GROUND THREE: DON'T HAVE ACCESS TO DAYROOM OR TV ROOM OR RECREATION ACTIVITIES WHICH IS REQUIRED BY LAW NOT ONLY MY RIGHTS BUT OTHER

SUPPORTING FACTS: INMATES AS WELL. NO ONE ELSE IS HAVING THE KNOWLEDGE TO KNOW THE LAW SIMPLY BECAUSE LACK OF UPDATED LAW BOOKS AND NOT HAVING ACCESS OF LAW LIBRARY. INMATES ARE THREATENED BY BEING LOCKED DOWN OR PRIVILEGES BEING TAKEN AWAY IF YOU HAVE THE GUTS OR KNOWLEDGE TO ACT

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I WANT THIS FACILITY TO BE INVESTIGATED ON MANY MANY OTHER VIOLATIONS ON ONES RIGHTS THAT I WILL WRITE EACH VIOLATION IN A PERSONAL LETTER SERIOUS VIOLATIONS.

_Patrick Torbert_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 9/29/06.
(date)

_Patrick Torbert_
Signature of plaintiff(s)