AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

*Patrick Torbert*

District of _____

RECEIVED

2006 SEP 13 A 10: 54

____ P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Plaintiff

V.

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

Defendant

CASE NUMBER: 3:06-cv-823-MEF

I, _Opelika City Jail_ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _Opelika City Jail_

   Are you employed at the institution? _NO_   Do you receive any payment from the institution? _NO_

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _CUT GRASS FOR SELF JOB WHATEVER THE SIZE JOB DEPENDS ON HOW MUCH I CHARGE 30 TO 40 DOLLARS PER JOB PER DAY_

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends   ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No
   d. Disability or workers compensation payments   ☐ Yes   ☒ No
   e. Gifts or inheritances   ☐ Yes   ☒ No
   f. Any other sources   ☐ Yes   ☒ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☑ No

   If "Yes," state the total amount. _INDIGENT_

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☑ No   _I'M DISABLED APPLYING FOR DISABILITY_

   If "Yes," describe the property and state its value.
   _I LIVE WITH MY MOTHER UNTIL MY DISABILITY._

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. _MY MOTHER AND MY GIRLFRIEND AND HER LITTLE DAUGHTER WHICH I'VE BEEN TAKING CARE OF AS IF SHE WAS MY VERY OWN CHILD I CONTRIBUTE ON LIGHT AND GAS BILLS, AND FOOD, AND THERE CAR PAYMENTS AS WELL, CLOTHES ETC, DOCTER BILLS, I'M DISABLED BUT I TRY TO DO ODD JOBS LIKE LAWN SERVICE OR PAINTING._

I declare under penalty of perjury that the above information is true and correct.

_9/29/06_      _Patrick Torbert_

Date      Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.