IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PATRICK TORBERT, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:06-CV-823-MEF |
| ) | |
| THE OPELIKA CITY JAIL (JAILORS), et al., ) | |
| ) | |
|     Defendants. ) | |

**O R D E R**

A review of the complaint filed in this case reveals that the plaintiff lists "the Opelika City Jail (Jailors)" as defendants in this cause of action. This designation does not adequately identify the defendants for purposes of service of process nor does it name a proper defendant. Accordingly, it is

ORDERED that on or before October 2, 2006 the plaintiff shall file an amended complaint which:

1. Names those individuals who are responsible for the alleged violations of his constitutional rights during his confinement in the Opelika City Jail.

2. Specifically describes how each named defendant violated his constitutional rights.

In responding to this order, the plaintiff is advised that he should set forth **short and plain statements** showing why he is entitled to relief. Each allegation in the pleading should be simple, concise and direct. *See* Rule 8, *Federal Rules of Civil Procedure*. The plaintiff

is further advised that this case will proceed only against those defendants named and the claims presented in the amended complaint.

The plaintiff is cautioned that if he fails to comply with the directives of this order the Magistrate Judge will recommend that this case be dismissed.

Done this 15th day of September, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE