IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

PATRICK TORBERT,                    )
                                    )
        Plaintiff,                  )
v.                                  )    CASE NO. 3:06-cv-823-MEF
                                    )
THE OPELIKA CITY JAIL (Jailors),    )
                                    )
        Defendants.                 )

# **O R D E R**

There being no objections filed to the  Recommendation of the Magistrate Judge

entered on October 10, 2006 (Doc. #5), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE that this case is DISMISSED without prejudice

for failure of the plaintiff to comply with the orders of this court and his failure to properly

prosecute this action.

DONE this the 2nd day of November, 2006.

                        _____
                        /s/ Mark E. Fuller
                        CHIEF UNITED STATES DISTRICT JUDGE